United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 8, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 04-60042

UNIVERSAL MARITIME SERVICE CORPORATION; SIGNAL
MUTUAL INDEMNITY ASSOCIATION, LTD.,

Petitioners,

VERSUS

BILLY BILBRO; DIRECTOR, OFFICE OF WORKER'S COMPENSATION
PROGRAMS, U.S. DEPARTMENT OF LABOR,

Respondents.

PETITION FOR REVIEW OF AN ORDER OF THE BENEFITS REVIEW BOARD
(03-0245)

Before KING, Chief Judge, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record, the briefs of the parties and considering the argument of counsel, we are satisfied that the award entered by the Benefits Review Board is supported by substantial evidence and that neither the BRB nor the Administrative Law Judge committed reversible error.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.